NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30085
12-JUN-2013
08:40 AM**

NO. 30085

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MARSHALL KENNETH FLOWERS, Plaintiff-Appellant, v.
UNITED SERVICES AUTOMOBILE ASSOCIATION, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 02-1-1679)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., and Fujise and Leonard, JJ.)

Upon consideration of Plaintiff-Appellant Marshall Kenneth Flowers's Motion for Reconsideration filed on June 3, 2013, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, June 12, 2013.

On the motion:

Marshall Kenneth Flowers,
Plaintiff-Appellant, pro se.

Chief Judge

Associate Judge

Associate Judge